**Order filed December 3, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00767-CV
_____

**TIM WILSON SR., Appellant**

**V.**

**FRIEDA WILSON, Appellee**

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. 10-06-20425**

## ORDER

The clerk's record was filed November 14, 2019. Our review has determined that a relevant item has been omitted from the record. *See* Tex. R. App. P. 34.5(c). The record contains a document entitled "Clerk's Notice of Appeal" but does not contain the notice of appeal filed by the appellant. Accordingly, the Waller County District Clerk is directed to file a supplemental clerk's record by **December 13, 2019**, containing **the notice of appeal**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.